John C. Otten
2689 Dalisay Street
San Diego Ca 92154

FILED
08 FEB 11 AM 10:29
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

cp      DEPUTY

# THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| John C. Otten | ) Case No.: '08 CV 0254 JM JMA |
| Plaintiff, | ) **Complaint to Action of Quiet Title** |
| vs. | ) FRCP |
| Home Coming Financial Mortgage, | ) |
| Navy Federal Credit Union, | ) |
| World Savings, | ) |
| Defendants | |

"Here comes the Plaintiff John C. Otten, Has Exhausted All Administrative Process under Notary Protest/ Certificate of Protest etc. bringing this Article III Court Claim/ Action to Quiet Title/ **International Protocol of the United Nations Convention on International Bills of Exchange and International Promissory Notes.** This controversy is over One Million Dollars and it also involves (1) real properties; located at (**loan no. 7440515708 Property Location :** 2689 Dalisay Street San Diego Ca 92154

**Jurisdiction of the Court**

Complaint   Action to Quiet Title  1

The original jurisdiction was granted to the United States District Court Common Law Jurisdiction by Article III, section 2; Judicial power of the United States shall be vested in the Supreme Court by the Constitution for the United States of America. The Amendments 1-10, absolutely, and without qualification petition relief upon the Constitution, which has not been abolished and repealed by Congress.

The jurisdiction of this subject matter involves real property, constructive fraud, misinformation, failure to give full disclosure of contract, counterfeiting securities, conspiracy, and violation of Regulation Z of the Truth and Lending Act/ and GAAP/ the Federal Reserve Board Regulation. In further notice of jurisdiction and judicial notice the Secured Party, John C. Otten, reserves all rights, waiver none ever, displaying of Bonds (Financial Statement) from the Secretary of State. A claim of relief can only be granted under the Bankruptcy Reform Act of 1978 (Bankruptcy Emergency Act), House Joint Resolution-192 Public Policy, and the Uniform Commercial Code (UCC) at UCC 3-601 and UCC 3-603, a certificate of protest of dishonor of International Bill of Exchange Pursuant to the International Protocol of United Nations pursuant to the International Protocol of the United Nations, to the Comptroller of the Currency by notary public.

Additional jurisdiction pursuant to the Federal Tort Claim Act, which grants jurisdiction over subject matter/ Title 18 is enforcement of criminal elements, and furthermore, the United States District Court has original jurisdiction pursuant to 28 U.S.C., Cal 251, scope and extent of jurisdiction of Federal Court/ and thus grounds, which governs jurisdiction and remedies under Title 42, 1983 and 1984 is operational under the color of State Law and offices.

**Parties of Interest**

John C. Otten  Plaintiff at all times mentions Secured Party,

Defendant at all times Mentioned is: 1) The CEO of Home Coming Financial

2) The CEO of **World Savings, Navy Federal Credit Union**

**Failure to Give Full Disclosure of Regulation Z of the Truth in Lending Act, pursuant to Title 5 U.S.C. section 1635(a) and Title 12 CFR 226.23 (d)(i).**

Invasion of International Protocol of the United Nations Convention on International Bills of Exchange and International Promissory Notes/ House Joint Resolution- 192 (the United States insurance policy), and the Emergency Bankruptcy of 1933, Am Jur. 2d 81.

### Fact

On or around June, 2006 an agreement was made between **HOME COMINGS FINANCIAL**, Navy Federal Credit Union, **ASBC MORTGAGE** and the Grantor, John C. Otten

The Grantor, $525,000.00 **tendered in full with good faith funds the said amount of the property ($400,000.00 to over $600,000.00)** by commercial instrument No. 106/ Bill of Ex359225396change John C. Otten was then waiting for the notice of full Reconveyance of the Deed of Trust of said property by the President or Vice President of **HOMECOMINGS FINANCIAL.** The Grantor, John C. Otten **in good faith, honored** and sent, by independent courier, a payment in full of the full amount of the property. The affirmative fact, due to the Dishonor mentioned in the above waiver of rights pursuant to the our settlement agreement and stipulations, that any dishonor/ arguments the grantor can regain his rights and the original Deed of Trust was rescinded in good faith due to the following reasons: Under the Statues of Fraud and the President/ Vice President of **HOMECOMINGS FINANCIAL, NAVY FEDERAL CREDIT UNION,**

**dishonored/failed** to give full disclosure pursuant to Regulation Z of the Truth-in-Lending Act pursuant to the Freedom of Information Act, that lawful money was loaned out.

**HOMECOMINGS FINANCIAL, NAVY FEDERAL CREDIT UNION, Dishonored** by silence,   John C.. Otten

Request to all the Corporations listed in the above to have a professional accountant to check the credit and debit of the account.

B) The President and Vice President of **HOMECOMINGS FINANCIAL, NAVY FEDERAL CREDIT UNION, World Saving,**

refused to sign under there **full commercial liability under the penalty of perjury by sworn Affidavit/ Jurat** that pursuant to article 1 section 10 of the Constitution for the United States of America, lawful money was loaned out to the Plaintiff John C. Otten does not qualify pursuant to the personal belief of the Defendants President and Vice President of **HOMECOMINGS FINANCIAL** who feel that John C. OTTEN / Non-Joint tenant

Doesn't qualify under the United States insurance policy, which is **House Joint Resolution-192 and its responsibility to discharge all public and private debts, pursuant the Emergency Bankruptcy/ Executive order of President Roosevelt in 1933.**

The ultimate fact due to the dishonor/ unethical and outrageous business practice of the Defendant **HOMECOMINGS FINANCIAL, NAVY FEDERAL CREDIT UNION,** John C. Otten, in his own stead, gave notice of rescission of the Deed of Trust under the statutes of fraud and also due to breach of agreement/ dishonor of the administrative process, in which John C. Otten/Non-Joint tenant **honored/ regained his power to hire a notary to do a certificate of protest of the dishonor to the Secretary of the Treasury and the Insurance Commissioner and the Comptroller of the Currency. Due to dishonor/** continued arguments and outrageous and unethical business practices of the, **HOMECOMINGS FINANCIAL, NAVY FEDERAL CREDIT UNION,** under the color of office and State Law.

The affirmative fact, that I, John C. Otten/Non-Joint tenant, further have reason to believe that the general public and the public at large are in jeopardy

due to these unethical business practices and the President and Vice President of **HOMECOMINGS FINANCIAL, NAVY FEDERAL CREDIT UNION, World Saving** And the Named Defendants ,Mention in the above willful refusal to give full disclosure pursuant to Regulation Z of the Truth in Lending Act and am expecting Relief under said act. This is the reason I, John C. OTTEN honor the defendant's mutual administrative settlement agreement( Conditional/ Full Acceptance) and

stipulations to have filed, a Quiet title under the rules of the common law, to test the Validity and let the Jury make the Determination whether there is a Breach of Contract between the Grantor and the Grantee, who is the lawful owner of the property. The Quiet title is also to test the validity to whether there was a breach of agreement or a breach of duty of the Defendants **HOMECOMINGS FINANCIAL, NAVY FEDERAL CREDIT UNION, World Saving**,to give full Reconveyance of the property.

To Further Test the Validity of whether the President/ Vice President of **HOMECOMINGS FINANCIAL, World Saving** has the right to enforce an acceleration clause that is on the deed of trust, when a payment in full was dishonored by the Defendants and when there is evidence that the `defendant     never loaned anything of substance to` John C. Otten and, does **HOMECOMINGS FINANCIAL, NAVY FEDERAL CREDIT UNION, World Saving** qualify for the security/ estate to

foreclose on the security. John C. Otten has reason to believe that the President/ Vice President of **HOMECOMINGS FINANCIAL, NAVY FEDERAL CREDIT UNION,    ,** in want of Jurisdiction/acceleration clause

after the dishonor the $1,500,000.00, for which **HOMECOMINGS FINANCIAL** `apologized for any inconvenience in an unsigned cover letter by President/ Vice President of` **HOMECOMINGS FINANCIAL, NAVY FEDERAL CREDIT UNION, World Saving** `(see attachments).` Also due to the `affirmative fact that` John C. Otten/Non-Joint tenant registered a UCC-1 financing statement with the Secretary of the State and transmitted utilities to the Secretary of the Treasury and

Complaint  Action to Quiet Title   5

1  notified all parties of her status. The Secured Party, John C. Otten, with UCC-1 Financial
2  Statement with the Secretary of State, gave 72 hour notice to all parties of interest, of transmitting
3  utilities (UCC-3) and through means of Bill of Exchange Pursuant to the International Protocol of
4  United Nations, "acceptance for value" and notice of rescission, due to failure to give full disclosure,
5  for said amount of One Million five Hundred Thousand Dollars and zero cents lawful money, which
6  was sent to the Secretary of the Treasury for adjustment of my prepaid account under Public Policy
7  HJR-192, Emergency Bankruptcy Act of 1978, which was transmitted by the Chief Justice of the
8  Supreme court to Congress, wherefore the Secured Party Reserves Right by Judicial Notice to all of
9  that which is mentioned in the above of how a claim of relief can be granted. Please take Judicial
10 Notice to the Ninth Circuit Ruling: Yanamoto V. Bank of New York, 329 f3d 1167; In 2003 the
11 Judge
12 mandated to Grant Relief and a Judge does not have any jurisdiction or discretion over anything
13 that has to deal with Regulation Z.
14 The respondent failed to respond within the 21 days as requested or cancel the transaction and
15 return the property back (Rescission and Replevine).

### Judicial Notice of International Protocol of the United Nations Convention on International Bills of Exchange and International Promissory Notes/ Counterfeiting Securities of the United States

The Secured Party, John C. Otten declares and is informed that
**HOMECOMINGS FINANCIAL, NAVY FEDERAL CREDIT UNION, World Saving,** willfully failed to give full disclosure, according to Regulation Z and the Truth and Lending Act, of check book credit/debit, a.k.a. letter of credit (bill of credit) and they declined to have an independent, certified accountant to review the lawful money that was originally loaned to see if there was clean hands in the above matter.

**The Secured Party,** John C. Otten **further affirms and is informed** that the president/ vice president of **HOMECOMINGS FINANCIAL, NAVY FEDERAL CREDIT UNION, World Saving** further declined to sign the affidavit under the penalty of perjury, and also further declined in setting a public conference and invitation of the press/ media in front of the place of business of **HOMECOMINGS FINANCIAL, NAVY FEDERAL CREDIT UNION, World Saving** to answer one hundred and fifty questions/ schedule within a specified time, which was also declined by the defendant **HOMECOMINGS FINANCIAL, NAVY FEDERAL CREDIT UNION, World Saving**, who continue to this day to refuse to give full disclosure that check book entries/ debit credit was created, and no lawful money was lent to the Plaintiff. For this reason, the Secured Party has reason to believe that all of that mentioned in the above qualifies as counterfeiting securities of the United States, which is a violation of the Securities and Exchange Commission Act of 1933 and 1934.

**International Protocol/ Treaty with the United States/ United Nations Convention on International Bills of Exchange and International Promissory Notes( Security Exchange Commission Act of 1933)** Article 1, section 8, clause 6 in the Constitution for the united States of America provides that, "the **Congress shall have power to provide for the punishment of counterfeiting the securities and current coin of the United States.**

Pursuant to Title 28 U.S.C., section 4 of the Commission of Crimes Cognizable by a Court of the United States under Title 18 U.S.C. section 513 to wit 513(a), whoever makes utters or possesses a counterfeited security in a private capacity of a state or a political subdivision thereof, or of an organization, or government shall be fined not more than $250,000.00 or imprisoned not more than ten years or both. See also section 2311, 2314, and 2320 for additional fines and sanctions. Among the securities defined at 18 U.S.C. 2311-15 included evidence of indebtedness, which, in a broad sense may mean anything that is due or owing, which would

include a duty, obligation, or right of action. The negotiable instrument that was deposited in the above mentioned account, qualifies as counterfeited securities.

**Failure to give full disclosure of contract according to the Truth and Lending Act and Regulation Z**

The Secured Party, John C. Otten, reserve all rights and remedy under the Uniform Commercial Code and the Emergency Bankruptcy Act/Bankruptcy reform act of 1978, wherefore the Chief Justice transmitted to Congress that all courts of the United States are subject to the Bankruptcy Court and the Bankruptcy code is the Supreme Law of the Land. For the affirmative fact the Secured Party, pursuant to Public Policy HJR-192, Bill of Exchange Pursuant to the International Protocol of United Nations for One Million Five Hundred Thousand Dollars and Zero Cents, the Secured Party transmitted Utilities to the Secretary of State and the Secretary of the Treasury, instructing all parties to make adjustment of account, wherefore the defendant and all parties of interest have currently been served.

**Statement of Fact**

The Secured Party John C. Otten, attests and is informed that all rights are reserved under the Special-Choice-of-Law-

Rule, Article 3 Court Proceeding , Pursuant to the 7th Amendment of the Constitution for the united States of America / According to the Rules of the Common Law of England, and further judicial Notice if their no Remedy within 21 day pursuant to the 9th circuit of the court of appeal , Judicial Notice that Alternative Relief can be Granted? Post Master Embassy by Certificate of Protest to the International Protocol and Domicile Rule, Universal Declaration of Human Rights, International Bill of Rights, and the United Nations Convention on International Bills of Exchange and International Promissory Notes.  If there is any Administrative Court proceeding that has invaded U.S. Code and the 9th Circuit Ruling in Yamamoto v. Bank of New York, 329 F3d  1167 (9TH Cir 20030 Regulation Z Mandated to all state/ federal agency cannot make any Judicial discretion but is further mandated to Grant Relief within 21 days).

Further definition of credit, "in the Federal consumer Credit Protection Act, Truth in Lending Act (Title 15 U.S.C.) As set forth in Regulation Z (12 CFR 226): Credit means the right granted by a creditor to a debtor to defer payment of debt or to incur debt and defer its payment. The Secured Party, John C. Otten Foreign State National Non-Joint tenant is further informed that it is the responsibility of the lender (creditor) **HOMECOMINGS FINANCIAL, NAVY FEDERAL CREDIT UNION, World Saving** to give

full disclosure of contract pursuant to the **Freedom of Information Act** and delegated authority of right or executive order by Legislature to defer payment, and give a letter of credit/ check book entries/ and no loan, no lawful money according to Article 1, Section 10, clause 1 of the Federal Constitution mentions; **"no state shall enter into any treaty, alliance, or confederation, grant letter of marquees and reprisal, coin money, emit bills of credit..."** And it further mentions **the only lawful tender is gold and silver coin, Am Jur 2d 81.**

The affirmative fact is that the President/ Vice President of **HOMECOMINGS FINANCIAL, NAVY FEDERAL CREDIT UNION,**

**World Saving,** and cohorts, also dishonored/ failed to disclose that the original loan was created by a check book entry, which may be sold in the open market (as a promissory note) for 80-90 cents on the dollar with no consideration to the plaintiff. The defendant further failed to disclose the loan was pre-paid and the plaintiff would be converted into a joint tenant for 30 years. It also was not disclosed to the plaintiff that she was a Joint Tenant/ Mortgage was a lien and all monthly payments of Federal Reserve Notes, tender for debt. ("Federal Reserve Notes are valueless" see Internal Revenue Code at Section 1. 1001-1 (4657) C.C.H.

See **Jerome Daly v. First National Bank of Montgomery, Minn., Justice Martin v. Mahoney Credit River Township, December 7-9 1968. Ruled that Federal Reserve Notes were fiat money and not legal tender after jury deliberation and return a unanimous verdict for defendant after bank president admitted it was standard banking procedure in that he created the "money" he loaned to the defendant as a book entry on December 7th at the conclusion of trial, the mortgage was canceled.**

The Secured Party, John C. Otten further has reason to believe this operation under the color of authority by President/ Vice President of **HOMECOMINGS FINANCIAL, World Saving** is in direct violation of the Constitution for the united States of America, also the International Protocol (United Nations Convention on International Bills of Exchange and International Promissory Notes, and the U.S. Federal Constitution, which prohibits Bills of credit, and authenticates securities of the United States and further defer payment with the people and the general public at large.  The Secured Party, John C. Otten in his own stead, rescinded the loan contract due to constructive fraud and usury, and also due to unethical business practice, and furthermore demands a **special well informed grand jury of the rules of the Common Law/ Article III Court Proceeding/ International**

**Protocol/ treaties of the United Nations Convention on International Bills of Exchange and International Promissory Notes. Further investigation of Violation of the Securities and Exchange Commission Act of 1933 and 1934 the RICO allegation/ criminal elements.**

**Judicial Notice of How a Claim of Relief Can be Granted**

The Secured Party, John C. Otten gives Judicial Notice to the United States District Court that relief can only be granted under her bond/UCC-1 Financing Statement/ Article III Court Proceeding under the rules of the Common Law, all rights reserved, waiver none ever to an Article II Maritime Court proceeding.  Further relief can be granted? A) Regulation Z of the Truth in Lending Act Title 5 USC Section 1635 (A) and the Title 12 CFR 226.23 (d)(i), 9th Circuit ruling in Yamamoto v. Bank of New York, 329 F3d 1167. per Regulation Z Action for rescission and Replevin is further Authorized Per House Joint Resolution-192/ the Emergency Bankruptcy of 1933.  B) My bond UCC-1 financial Statement/ Transmitting Utilities Under Public Policy HJR-192, the Bankruptcy Reform Act of 1978/Emergency Bankruptcy Act and adjustment of my pre-paid account with the Secretary of State and the Secretary of the Treasury in exchange with my exemption, and release of all property/proceeds to the Secured Party in Accordance with the Uniform Commercial Code.

**C) Under the Settlement agreement and the stipulations between the parties,    Non-Joint tenant and the President/ Vice President of HOMECOMINGS FINANCIAL, NAVY FEDERAL CREDIT UNION, World Saving**

In further Judicial Notice, the plaintiff/ Secured Party,

John C. Otten , honor any and all arguments and anticipate dishonor of the President/ Vice President of **HOMECOMINGS FINANCIAL, NAVY FEDERAL CREDIT UNION, World Saving** and its attorneys, to continue to **Dishonor/ harassment of the Secured Party by threatening of non-judicial foreclosure in**
**state court, by interference of a third party/ silent partner or newly appointed trustee**, after secured party notice of rescission/termination of the former trustee and demand according to the Secured Party's mortgage insurance Company policy to pay off the balance, which was also refused pursuant to the United States insurance Policy, which is House Joint Resolution-192.

## Conclusion

The Secured Party, John C. Otten, **honors** and further anticipates that the President/Vice President of **HOMECOMINGS FINANCIAL, NAVY FEDERAL CREDIT UNION, World Saving** Dishonor by invasion of administrative settlement agreement between the parties, by **political arguments and debates on Points and**

**Authority contrary to the principles of the National Banking Association Act of 1863** in a spurious attempt to cover up the RICO and unclean hands, request an order for dismissal due to plaintiff's failure to post bond or state how a claim of relief can be granted, when the affirmative fact shows the Acceptance for value by the Secured Party, see exhibit of bond, a.k.a. financial statement/transmit of utilities and adjustment of account has been taken care of under Public Policy HJR-192/Emergency Bankruptcy Act of 1933, which the plaintiff gives Judicial Notice of the settlement agreement and stipulations and this is how a claim of relief can be granted under my bond/Financing Statement Registered with the Secretary of State and all of the mentioned in the above.

## Prayer

1) Request to the Court that the President/ Vice President of **HOMECOMINGS FINANCIAL, NAVY FEDERAL CREDIT UNION,**
**World Saving** honor the terms and conditions of the settlement agreement between the parties
Special Request that this controversy is governed only according to the rule of the Common Law Article III proceeding, waiver of Rights none ever to special Maritime Territory and Jurisdictional proceeding of legislative none ever, unless signed by a notary public. and .Certificate of Protest to The Postmaster General Embassy etc.

2) Request to the Court that the President/ Vice President of **HOMECOMINGS FINANCIAL, NAVY FEDERAL CREDIT UNION, World Saving,** the terms and conditions of the settlement agreement between the parties request
for three times the above and the amount of the Bill of Exchange Pursuant to the International Protocol of United Nations, which will be presented at trial.

3) Request to the Court that the President/ Vice President of **HOMECOMINGS FINANCIAL, NAVY FEDERAL CREDIT UNION, World Savings Honor** the terms and conditions of the settlement agreement between the parties
the President/ Vice President of **HOMECOMINGS FINANCIAL, NAVY FEDERAL CREDIT UNION, World Saving**  , cease and desist all commercial **dishonor/failed** to give full disclosure pursuant to Regulation Z of the
Truth-in-Lending Act, that lawful money was loaned out **HOMECOMINGS FINANCIAL, NAVY FEDERAL CREDIT UNION,**
**World Saving Dishonored** by silence,  John C. Otten Request to have a professional accountant to check the credit and debit of the account. Request that this court accept my bond UCC-1 financial statement by the Secretary of State and give further Judicial Notice of Full Acceptance of the Defendant's Dishonor and accept it for value and exchange in behalf of his exemption and further release the property to him before the end of business hours, which will conclude any and all commercial transaction, which includes but is not limited to the Defense's spurious claims of defective service to authorized agent/ other political arguments and debates that are contrary to Regulation Z of the Truth-in-Lending-Act/ the Security Exchange Commission of 1933 and 1934/ House Joint Resolution-192, which is the United States Insurance Policy.  This is also includes in the acceptance and merit evidence that a claim of relief has been mentioned according to HJR-192 Public Policy and the Bankruptcy Reform Act of 1978/ Uniform Commercial Code.

4) Request to the Court that the President/ Vice President of **HOMECOMINGS FINANCIAL, NAVY FEDERAL CREDIT UNION, World Saving, Honor** the terms and conditions of the settlement agreement between the parties
to Stay of all dishonor/ non-judicial foreclosure proceeding, stay of harassment of the defendant and its silent partner Third Parties Interference, without Bonds for Professional Performances etc

5) Request to the Court that the President/ Vice President of **HOMECOMINGS FINANCIAL, NAVY FEDERAL CREDIT UNION, World Saving** honor the terms and conditions of the settlement agreement between the parties
and further **relief can only be granted by Regulation Z of the Truth in Lending Act Title 5 USC Section 1635 (A) and the Title 12 CFR 226.23 (d)(i), 9th Circuit ruling in Yamamoto v. Bank of New York, 329 F3d 1167. per Regulation Z Action for rescission and Replevin is further Authorized Per House Joint Resolution-192/ the Emergency Bankruptcy of 1933.**

6) Request to the Court that the President/ Vice President of **HOMECOMINGS FINANCIAL, NAVY FEDERAL CREDIT UNION,**
**Honor** the terms and conditions of the settlement agreement between the parties to have the President and Vice President of , **HOMECOMINGS FINANCIAL, NAVY FEDERAL CREDIT UNION, World Saving** `before they hire any Third Party Interferance attorney dishonor/protest`
**Honor Draft** (Quiet Title ) that they first swear under their full commercial liability under the penalty of perjury and sign a jurat or record a full Reconveyance on the Deed of Trust in the County Recorder and do

7) **Judicial Notice of Request for a well informed Grand Jury review, who understands the rules of the Common Law in an Article III Court proceeding only.  By the Plaintiff, John C. Otten  a Foreign  National he makes reservation under the Special-Choice-of-Law-Rule, which is the International Protocol and Domicile Rule, Universal Declaration of Human Rights, International Bill of Rights, and the United Nations Convention on International Bills of Exchange and International Promissory Notes.  If there is any Administrative Court proceeding that has invaded U.S. Code and the 9th Circuit Ruling in Yamamoto v. Bank of New York, 329 F3d  1167 (9TH Cir 20030 Regulation Z Mandated to all state / federal agency cannot make any Judicial discretion but is further mandated to Grant Relief within 21 days) (see further reference: Am Jur 2d 81).**whatever the District Court of the United States Article III Court deem to be just and proper.

Complaint  Action to Quiet Title   14

## Verification

The Secured Party, John C. Otten/ Non-Joint tenant, declares and attests that he has **Honored** all of the President/ Vice President of **HOMECOMINGS FINANCIAL, NAVY FEDERAL CREDIT UNION, World Savings** notice/ letter of dishonor of the $400,000.00 to over $1,500,000.00 letter bond by an Associates/ agents of Accounting who apologized for any inconvenience of returning the $400,000.00 to over $600,000.00. In further dishonor by **Invasion of International Protocol of United Nations International Bill of Exchange Pursuant to the International Protocol of United Nations**/ by the President/ Vice President of **HOMECOMINGS FINANCIAL, NAVY FEDERAL CREDIT UNION, World Saving** refusal to sign under their full commercial liability under the penalty of perjury and give disclosure pursuant to the Truth and Lending Act/ Regulation Z by signed jurat before a notary public that all loans are lawful money and are backed by gold and silver and the plaintiff, John C. Otten qualifies under the House Joint Resolution-192, the United states insurance policy, (and according to John C. Otten home insurance policy) to have the public debt discharged. Any mention that judicial notice of relief can only be granted under Public Policy HJR-192 and the Emergency Bankruptcy Reform Act of 1978, 45 Am Jur 2d 81 and the President/ Vice President of HOMECOMINGS FINANCIAL, NAVY FEDERAL CREDIT UNION, World Saving dishonoring the administrative settlement agreement between the parties by third parties Interferences(Trustee) non judicial foreclosure/ counter claims/ motion for dismissal shall be viewed as a breach of agreement between the parties shall also be viewed as true and correct.

Henceforth Submitted

2-10-08    *John C. Otten* (signature)

John C.. Otten

```
            UNITED STATES
            DISTRICT COURT
         SOUTHERN DISTRICT OF CALIFORNIA
               SAN DIEGO DIVISION

            # 147453      - BH
            * * C O P Y * *
            February 11, 2008
                09:43:40


              Civ Fil Non-Pris
    USAO #.: 08CV0254 CIVIL FILING
    Judge..: JEFFREY T MILLER
    Amount.:              $350.00 CA



           Total-> $350.00



    FROM: OTTEN V. HOMECOMINGS FINANCIAL
          CIVIL FILING
```

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
JOHN C. OTTEN

**DEFENDANTS**
Homecomings Financial
PO Box 205 Waterloo IA 50704-205

FILED
08 FEB 11 AM 10:43
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

(b) County of Residence of First Listed Plaintiff  SAN DIEGO
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  SAN DIEGO
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
JOHN C. OTTEN  2689 DALISAY ST., SAN DIEGO, CA 92154

Attorneys (If Known)
08 CV 0254 JM JMA

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☑ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☑ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☑ 371 Truth in Lending | ☐ 690 Other | **LABOR** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | | ☐ 863 DIWC/DIWW (405(g)) | |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 894 Energy Allocation Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 895 Freedom of Information Act |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of State Statutes |

## V. ORIGIN (Place an "X" in One Box Only)
☑ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
TITLE 5 USC  CFR 226.23 (d)(i)
Brief description of cause:
Fraud

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____  DOCKET NUMBER _____

DATE  2/10/2008
SIGNATURE OF ATTORNEY OF RECORD  John C. Otten

**FOR OFFICE USE ONLY**
RECEIPT # 147453  AMOUNT $350  2/11/08 BH  APPLYING IFP ____  JUDGE ____  MAG. JUDGE ____