Summons in a Civil Action (Rev 11/97)

# United States District Court FILED

## SOUTHERN DISTRICT OF CALIFORNIA

08 FEB 11  AM 11:40

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

John Otten

vs

Mortgage Home Comings Financial
Navy Federal Credit Union
World Savings

**SUMMONS IN A CIVIL ACTION**

Case No. 08 CV 0254 JM JMA

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

John Otten
2689 Oalisay St.
San Diego, CA 92154

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | 2/11/08 |
|---|---|
| CLERK | DATE |

By C. PUTTMANN, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT:14443:1 May 5, 1999 (11:34am)