1    Robert A. Bailey (#214688)
       rbailey@afrct.com
2    Christopher A. Carr (#44444)
       ccarr@afrct.com
3    ANGLIN, FLEWELLING, RASMUSSEN
     CAMPBELL & TRYTTEN LLP
4    199 South Los Robles Ave., Suite 600
     Pasadena, California 91101
5    Tel: 626.535.1900
     Fax: 626.577.7764
6
7    Attorneys for Defendant WORLD SAVINGS BANK F.S.B.,
     renamed and now known as
8    WACHOVIA MORTGAGE F.S.B.

9                    UNITED STATES DISTRICT COURT

10                  SOUTHERN DISTRICT OF CALIFORNIA

11
     JOHN C. OTTEN                      Case No. 08 CV0254 JM (JMA)
12
                     Plaintiff,         [Hon. Jeffrey T. Miller]
13
            vs.                         DEFENDANT WORLD SAVINGS'
14                                      NOTICE OF MOTION AND
     HOME COMING FINANCIAL              MOTION TO DISMISS OR,
15   MORTGAGE, NAVY FEDERAL             ALTERNATIVELY, MOTION FOR
     CREDIT UNION, WORLD                MORE DEFINITE STATEMENT
16   SAVINGS,                           [FRCP 12(b)(6) and 12(e)]

17                   Defendants.
                                        Date:   April 11, 2008
18                                      Time:   1:30 p.m.
                                        Ctrm:   16
19

20

21   TO PLAINTIFF:

22          PLEASE TAKE NOTICE that on April 11, 2008 at 1:30 p.m. in Courtroom

23   16 of the above-entitled court located at 940 Front Street, San Diego, California

24   92101, the Honorable Jeffrey T. Miller, presiding, defendant World Savings Bank,

25   F.S.B. (sued as World Savings) succeeded by and now known as Wachovia

26   Mortgage F.S.B., ("World Savings") will, and hereby does, move pursuant to FRCP

27   12(b)(6) for an order dismissing the Complaint, or in the alternative, pursuant to

28   FRCP 12(e) for an order requiring a more definite statement.

1    Grounds for the motion are that Plaintiff fails to specify any claim for which

2  relief can be granted.  The Complaint is incomprehensible and states no basis for

3  relief.

4    The motion is based on this notice, the accompanying memorandum of points

5  and authorities, the Complaint, and on World Savings' argument at the hearing.

6                                   Respectfully submitted,

7  Dated: March 6, 2008              ANGLIN, FLEWELLING, RASMUSSEN,
                                     CAMPBELL & TRYTTEN LLP
8

9
                                     By:   /s/ Robert A. Bailey
10                                         Robert A. Bailey
                                     Attorneys for Defendant WORLD
11                                   SAVINGS BANK, F.S.B., renamed by and
                                     now known as WACHOVIA MORTGAGE
12                                   F.S.B.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28