1    Robert A. Bailey (#214688)
        rbailey@afrct.com
2    Christopher A. Carr (#44444)
        ccarr@afrct.com
3    ANGLIN, FLEWELLING, RASMUSSEN
     CAMPBELL & TRYTTEN LLP
4    199 South Los Robles Ave., Suite 600
     Pasadena, California 91101
5    Tel: 626.535.1900
     Fax: 626.577.7764
6
     Attorneys for Defendant WORLD SAVINGS BANK F.S.B.,
7    renamed and now known as
     WACHOVIA MORTGAGE F.S.B.
8

9                     UNITED STATES DISTRICT COURT

10                  SOUTHERN DISTRICT OF CALIFORNIA

11
     JOHN C. OTTEN                  | Case No. 08 CV0254 JM (JMA)
12
                    Plaintiff,      | [Hon. Jeffrey T. Miller]
13
             vs.                    | DEFENDANT WORLD SAVINGS'
14                                  | NOTICE OF MOTION AND
     HOME COMING FINANCIAL          | MOTION TO DISMISS OR,
15   MORTGAGE, NAVY FEDERAL         | ALTERNATIVELY, MOTION FOR
     CREDIT UNION, WORLD            | MORE DEFINITE STATEMENT
16   SAVINGS,                       | [FRCP 12(b)(6) and 12(e)]
17                  Defendants.     |
18                                  | Date:  April 11, 2008
                                    | Time:  1:30 p.m.
19                                  | Ctrm:  16

20

21   TO PLAINTIFF:

22          PLEASE TAKE NOTICE that on April 11, 2008 at 1:30 p.m. in Courtroom

23   16 of the above-entitled court located at 940 Front Street, San Diego, California

24   92101, the Honorable Jeffrey T. Miller, presiding, defendant World Savings Bank,

25   F.S.B. (sued as World Savings) succeeded by and now known as Wachovia

26   Mortgage F.S.B., ("World Savings") will, and hereby does, move pursuant to FRCP

27   12(b)(6) for an order dismissing the Complaint, or in the alternative, pursuant to

28   FRCP 12(e) for an order requiring a more definite statement.

08 CV0254 JM (JMA)
MOTION TO DISMISS OR
FOR MORE DEFINITE STATEMENT

1        Grounds for the motion are that Plaintiff fails to specify any claim for which

2    relief can be granted.  The Complaint is incomprehensible and states no basis for

3    relief.

4        The motion is based on this notice, the accompanying memorandum of points

5    and authorities, the Complaint, and on World Savings' argument at the hearing.

6                       Respectfully submitted,

7    Dated: March 6, 2008          ANGLIN, FLEWELLING, RASMUSSEN,
CAMPBELL & TRYTTEN LLP

8

9

10             By:  /s/ Robert A. Bailey
            Robert A. Bailey

11             Attorneys for Defendant WORLD
SAVINGS BANK, F.S.B., renamed by and

12             now known as WACHOVIA MORTGAGE
F.S.B.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2    08 CV0254 JM (JMA)
MOTION TO DISMISS OR
FOR MORE DEFINITE STATEMENT