1 Robert A. Bailey (#214688)
   rbailey@afrct.com
2 Christopher A. Carr (#44444)
   ccarr@afrct.com
3 ANGLIN, FLEWELLING, RASMUSSEN
 CAMPBELL & TRYTTEN LLP
4 199 South Los Robles Ave., Suite 600
 Pasadena, California 91101
5 Tel: 626.535.1900
 Fax: 626.577.7764
6
7 Attorneys for Defendant WORLD SAVINGS BANK F.S.B.,
 renamed and now known as
 WACHOVIA MORTGAGE F.S.B.
8
9                    UNITED STATES DISTRICT COURT
10              SOUTHERN DISTRICT OF CALIFORNIA
11

| | |
|---|---|
| JOHN C. OTTEN | Case No. 08 CV0254 JM (JMA) |
| Plaintiff, | [Hon. Jeffrey T. Miller] |
| vs. | DEFENDANT WORLD SAVINGS' NOTICE OF MOTION AND MOTION TO DISMISS FOR FAILURE TO AMEND PURSUANT TO FRCP 41(b) |
| HOME COMING FINANCIAL MORTGAGE, NAVY FEDERAL CREDIT UNION, WORLD SAVINGS, | |
| Defendants. | Date: June 13, 2008<br>Time: 1:30 p.m.<br>Ctrm: 16 |

TO PLAINTIFF:

       PLEASE TAKE NOTICE that on June 13, 2008 at 1:30 p.m. in Courtroom

16 of the above-entitled court located at 940 Front Street, San Diego, California

92101, the Honorable Jeffrey T. Miller presiding, defendant World Savings Bank,

F.S.B. (sued as World Savings) succeeded by and now known as Wachovia

Mortgage F.S.B., ("World Savings") will, and hereby does, move pursuant to FRCP

41(b) for an order dismissing this case with prejudice.

1    Grounds for the motion are that Plaintiff failed to amend his complaint within

2    20 days of the Court's April 11, 2008 Order granting World Savings' motion to

3    dismiss.

4    The motion is based on this notice, the accompanying memorandum of points

5    and authorities, the Court's April 11, 2008 Order and on World Savings' argument

6    at the hearing.

7                                            Respectfully submitted,

8    Dated: May 2, 2008                      ANGLIN, FLEWELLING, RASMUSSEN,
                                             CAMPBELL & TRYTTEN LLP
9

10
                                            By:  /s/ Robert A. Bailey
11                                                  Robert A. Bailey
                                            Attorneys for Defendant WORLD
12                                          SAVINGS BANK, F.S.B., renamed by and
                                            now known as WACHOVIA MORTGAGE
13                                          F.S.B.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28