Robert A. Bailey (#214688)
 rbailey@afrct.com
Christopher A. Carr (#44444)
 ccarr@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN
CAMPBELL & TRYTTEN LLP
199 South Los Robles Ave., Suite 600
Pasadena, California 91101
Tel: 626.535.1900
Fax: 626.577.7764

Attorneys for Defendant WORLD SAVINGS BANK F.S.B.,
renamed and now known as
WACHOVIA MORTGAGE F.S.B.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN C. OTTEN<br><br>             Plaintiff,<br><br>     vs.<br><br>HOME COMING FINANCIAL MORTGAGE, NAVY FEDERAL CREDIT UNION, WORLD SAVINGS,<br><br>             Defendants. | Case No. 08 CV0254 JM (JMA)<br><br>[Hon. Jeffrey T. Miller]<br><br>MEMORANDUM OF POINTS AND AUTHORITIES SUPPORTING DEFENDANT WORLD SAVINGS' MOTION TO DISMISS FOR FAILURE TO AMEND PURSUANT TO FRCP 41(b)<br><br>Date:  June 13, 2008<br>Time:  1:30 p.m.<br>Ctrm:  16 |

**MEMORANDUM OF POINTS AND AUTHORITIES**

On April 10, 2008 this Court granted defendant World Savings' motion to dismiss for failure to state a claim. The Court granted plaintiff 20 days leave to amend from the date of entry of the order. The order was entered April 11, 2008, giving plaintiff until May 1, 2008 to amend. Plaintiff did not file an amended pleading.

Pursuant to Federal Rule of Civil Procedure 41(b), the Court may dismiss an action with prejudice when a plaintiff fails to timely amend following an order

1  granting a Rule 12(b) motion. *Yourish v. California Amplifier*, 191 F.2d 983, 986
2  (9th Cir. 1999). Similarly, a Rule 41(b) dismissal is appropriate when a plaintiff
3  refuses to clarify or limit his complaint. *O'Brien v. Sinatra*, 315 F.2d 637, 641-42
4  (9th Cir. 1963).

5      Here, the Court found that the "factual basis for [plaintiff's] claims is not
6  readily ascertainable from the complaint's allegations." (Apr. 10, 2008 Order at 2).
7  The Court found that the complaint did not state a claim or provide a short and
8  plain statement of a claim. (*Id.*). Though the Court granted plaintiff 20 days leave
9  to amend, Plaintiff failed to amend his fatally flawed complaint.

10     Defendant World Savings thus requests an order, pursuant to Rule 41(b),
11 dismissing this action with prejudice.

Respectfully submitted,

Dated: May 2, 2008        ANGLIN, FLEWELLING, RASMUSSEN,
CAMPBELL & TRYTTEN LLP

By: /s/ Robert A. Bailey
    Robert A. Bailey
Attorneys for Defendant WORLD
SAVINGS BANK, F.S.B., renamed and now
known as WACHOVIA MORTGAGE
F.S.B.