Robert A. Bailey (#214688)
rbailey@afrct.com
Christopher A. Carr (#44444)
ccarr@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN
CAMPBELL & TRYTTEN LLP
199 South Los Robles Ave., Suite 600
Pasadena, California 91101
Tel: 626.535.1900
Fax: 626.577.7764

Attorneys for Defendant WORLD SAVINGS BANK F.S.B., renamed and now known as WACHOVIA MORTGAGE F.S.B.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| JOHN C. OTTEN, Plaintiff, vs. HOME COMING FINANCIAL MORTGAGE, NAVY FEDERAL CREDIT UNION, WORLD SAVINGS, Defendants. | Case No. 08 CV0254 JM (JMA) [Hon. Jeffrey T. Miller] PROOF OF SERVICE REGARDING NOTICE OF MOTION TO DISMISS FOR FAILURE TO AMEND PURSUANT TO FRCP 41(b) Date: June 13, 2008 Time: 1:30 p.m. Ctrm: 16 |
|---|---|

PROOF OF SERVICE
(C.C.P. § 1013A(3))

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is: 199 S. Los Robles, Ste 600, Pasadena CA 91101.

On May 5, 2008, I served the foregoing documents described as:

1. DEFENDANT WORLD SAVINGS' NOTICE OF MOTION TO DISMISS FOR FAILURE TO AMEND PURSUANT TO FRCP 41(b);
2. MEMORANDUM OF POINTS AND AUTHORITIES SUPPORTING DEFENDANT WORLD SAVINGS' MOTION TO DISMISS FOR FAILURE TO AMEND PURSUANT TO FRCP 41(b);
3. [PROPOSED] ORDER DISMISSING DEFENDANT WORLD SAVINGS WITH PREJUDICE; and
4. PROOF OF SERVICE REGARDING NOTICE OF MOTION AND MOTION TO DISMISS OR, ALTERNATIVELY, MOTION FOR MORE DEFINITE STATEMENT [FRCP 12(b)(6) and 12(e)].

John C. Otten
2689 Dalisay Street
San Diego, CA 92154

MAIL

☐ I deposited such envelope in the mail at PASADENA California. The envelope was sealed and mailed with postage thereon fully prepaid. [OR]

☒ I am readily familiar with the office's business' practice for collection and processing of correspondence for mailing with the United State Postal Service. The correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business. On the date above the correspondence was placed at the business address stated above for deposit in the United States Postal Service. The envelope was sealed and placed for collection and mailing on that date following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and this declaration is executed this date, May 5, 2008.

_____Malinda Sinclair_____                         _Malinda Sinclair_
(Print name)                                                              (Signature)