NUNC PRO TUNC

MAY 12 2008

FILED

08 MAY 15 AM 9:01

CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA

DEPUTY

**John C. Otten**
**P.O. Box 100**
**Imperial Beach Ca 91932-2916**

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**Case#** 08CV0254 JM( JMA)

JOHN C. OTTEN

Plaintiff

Defendants

v.

HOME COMING FINANCIAL MORTGAGE ; NAVY FERDERAL CREDIT UNION, WORLD SAVING

Defendant,

) Class Member JOHN C. OTTEN Hereby Gives Caveat Notice Voluntary Dismissal and Abatement of case 08CV0254 JM( JMA) due to the **Affirmative Fact , I has a Bankruptcy currently filed and I'm a party to class Action Settlement against** All Predatory Lenders ,

28 U.S.C. § 2101(f).

**ALL Party has been Currently Serve!**

Notice to All Party and Parties in Interest, Please take Notice by Caveat of Bankruptcy / Chapter 13 currently filed and I a class member in a Class Action lawsuit against Predatory Investor lenders names Fictitious defendants listed in above, Wherefore due to the abandonment of the CEO/ President of HOME COMING FINANCIAL MORTGAGE; NAVY FERDERAL CREDIT UNION, WORLD SAVING, Willfully failed to Rebuttal Notice/ Certificate of

Protest by a Notary Public & Challenge pursuant to the freedom of Information Act , give disclosure by each Predatory lenders under their full commercial liability and under the penalty of perjury was lawful money loan the Plaintiff pursuant to article 1 section 10 or was it a Investment loan , check book entry on the Note , letter or credit that was loan, and Notice or Error on the loan and the International Creditor failure to provide a cure by adjusted the account/ and Remedy/ Creditor Forfeitures, USC Section 1666 (a)-(e).

The Plaintiff John Otten , further Affirm and Attest due the Misrepresentations and Willful failure to give full disclosure of Tort Malfeasants Fraudulent Predatory Lenders of said loans and further caveat notice Abatement /Dismissal without Prejudice of this Instant Matter cases number 08CV0254 JM( JMA)and Acceptance for value for Value of third Party claim , for the Total amount of Fraudulent Predatory loan Per HJR-192, , the **class Plaintiff Reserved All Right to relief under class settlement , According to class action fairness Act and H. R. 2341 / Rule 23 AND A Article 3 court Review over the delegation of power by the constitution to congress to establish concurrent federal extra territory reach outside the District of Columbia, Waiver None Ever** to **Dismissal without Prejudice** of this Complaint Number **08CV0254 JM( JMA)** Waiver none ever **verse Joinder of this claims to class Actions Suit, I John Otten class Member further Declare and attest that I have reason to believe that Relief can not be granted by this Court or Administrative Judicial Officer of the Court Under the Contract**

of Affreightment of the Gold Fringe Flags of War, I further Reserved the Rights of Emergency Need from these Predatory Lender and become a class member settlement for I have Exhausted any and all Administrative Remedies under Article 2 court proceeding, outside of Final Remedy to Appeal / Retrial in the International Court according to International Protocol of the United Nations pursuant to:

the Rome Conventions, and Subpoena both parties the third parties Malfeasant Attorney non license from the Secretary of state of California to Practice law / Defendants and the CEO in behalf of the Defendant for human Right violations of the universal Declaration of Human Right , and the United Nation Resolutions# 26 Universal Bill of Rights and UN Resolutions# 47 ,Etc.

April 30, 2008

Henceforth Submitted

John Otten

John C. Otten
UCC 1-207.7 Without Prejudice

CAVEAT NOTICE OF JOINDER OF Claims 08CV0254 JM( JMA) to Class Action Predatory Investor lender lawsuit listed in above is dismiss without Prejudice 28 U.S.C. § 2101(f).

Attachment A#

B1 (Official Form 1) (12/07)

**United States Bankruptcy Court**
**SOUTHERN DISTRICT OF CALIFORNIA**

| Debtor | Joint Debtor |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle): JOHN C. OTTEN | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Social-Security/Complete EIN or other Tax-I.D. No. (if more than one, state all): 5044 | Last four digits of Social-Security/Complete EIN or other Tax-I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State): 2689 DALISAY ST. SAN DIEGO, CA 92154 ZIP CODE | Street Address of Joint Debtor (No. and Street, City, and State): ZIP CODE |
| County of Residence or of the Principal Place of Business: | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): ZIP CODE | Mailing Address of Joint Debtor (if different from street address): ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | ZIP CODE |

**Type of Debtor** (Form of Organization) (Check one box.)

- ☒ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity** (Check box, if applicable.)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

- ☐ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☒ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)

- ☒ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box.)

- ☐ Full Filing Fee attached.
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:

- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:

- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:

- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| ☐ 1-49 | ☒ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☒ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☒ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

THIS SPACE IS FOR COURT USE ONLY

Case # : 08-0[illegible]-LA13
Debtor : JOHN C. OTTEN
Judge : LOUISE [illegible]LER
Trustee : THOMAS BILLINGSLEA
341 : [illegible] 03:00pm
Chapter : 13
Filed : [illegible] 09:11:45
Deputy : [illegible]
Receipt : [illegible]
Amount : $137.00
RECEIVED [illegible]
Clerk, U.S. Bankruptcy Court
Southern District Of California