# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN C. OTTEN,<br><br>          Plaintiff,<br>vs.<br>HOME COMING FINANCIAL MORTGAGE; et al.,<br><br>          Defendants. | CASE NO. 08cv0254 JM(JMA)<br><br>ORDER GRANTING MOTION TO VOLUNTARILY DISMISS ACTION |

  On April 10, 2008, the court granted defendant World Savings Bank's motion to dismiss and granted Plaintiff 20 days leave to amend. On or about May 13, 2008 the court received from Plaintiff a notice of voluntary dismissal. The court hereby grants Plaintiff's motion to voluntarily dismiss the action without prejudice. The Clerk of Court is instructed to close the file.

  **IT IS SO ORDERED.**

DATED: May 14, 2008

                        */s/ Jeffrey T. Miller*
                        Hon. Jeffrey T. Miller
                        United States District Judge

cc:   All parties